AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>USDC Central District of California<br>312 N. Spring Street<br>Los Angeles, CA 90012 |
|---|---|
| DOCKET NO.   DATE FILED | |
| PLAINTIFF<br>Warner Bros. Home Entertainment Inc.<br>**CV12-06506** | DEFENDANT<br>Soledad Gaxiola, an individual and d/b/a as Amazon.com Seller SGG Market and Does 1-10, inclusive, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION: 
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court

**ORIGINAL**

# EXHIBIT "A"
# COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: | Author of Work: |
|---|---|---|
|  | HUNG: Season Two |  |
| PA 1-709-033 | HUNG: Just The Tip | Home Box Office, Inc. |
| PA 1-709-034 | HUNG: Tucson Is The Gateway To Dick Or This Is Not Sexy | Home Box Office, Inc. |
| PA 1-709-030 | HUNG: Mind Bullets Or Bang Bang Bang Motherfucker | Home Box Office, Inc. |
| PA 1-699-183 | HUNG: Sing It Again, Ray Or Home Plate | Home Box Office, Inc. |
| PA 1-699-187 | HUNG: A Man, A Plan Or Thank You, Jimmy Carter | Home Box Office, Inc. |
| PA 1-699-180 | HUNG: Beaverland | Home Box Office, Inc. |
| PA 1-706-298 | HUNG: The Middle East Is Complicated | Home Box Office, Inc. |
| PA 1-706-294 | HUNG: Third Base Or That Rash | Home Box Office, Inc. |
| PA 1-706-293 | HUNG: Fat Off My Love Or I'm The Allergen | Home Box Office, Inc. |
| PA 1-709-045 | HUNG: Even Steven Or Luckiest Kid In Detroit | Home Box Office, Inc. |
|  | Treme: Season Two |  |
| PA 1-743-069 | Treme: Accentuate The Positive | Home Box Office, Inc. |
| PA 1-739-172 | Treme: Everything I Do Gonh Be Funky | Home Box Office, Inc. |
| PA 1-750-437 | Treme: On Your Way Down | Home Box Office, Inc. |
| PA 1-746-591 | Treme: Santa Claus, Do You Ever Get The Blues? | Home Box Office, Inc. |
| PA 1-746-579 | Treme: Slip Away | Home Box Office, Inc. |
| PA 1-746-582 | Treme: Feels Like Rain | Home Box Office, Inc. |
| PA 1-746-583 | Treme: Carnival Time | Home Box Office, Inc. |
| PA 1-756-008 | Treme: Can I Change My Mind | Home Box Office, Inc. |
| PA 1-748-878 | Treme: What Is New Orleans? | Home Box Office, Inc. |
| PA 1-748-782 | Treme: That's What Lovers Do? | Home Box Office, Inc. |
| PA 1-748-781 | Treme: Do Whatcha Wanna | Home Box Office, Inc. |
|  | SHAMELESS: Season One |  |

| | | |
|---|---|---|
| Application Pending | SHAMELESS: Pilot | Bonanza Productions, Inc. |
| Application Pending | SHAMELESS: Frank The Plank | Bonanza Productions, Inc. |
| Application Pending | SHAMELESS: Aunt Ginger | Bonanza Productions, Inc. |
| Application Pending | SHAMELESS: Casey Casden | Bonanza Productions, Inc. |
| Application Pending | SHAMELESS: Three Boys | Bonanza Productions, Inc. |
| Application Pending | SHAMELESS: Killer Carl | Bonanza Productions, Inc. |
| Application Pending | SHAMELESS: Frank Gallagher: Loving Husband, Devoted Father | Bonanza Productions, Inc. |
| Application Pending | SHAMELESS: It's Time To Kill The Turtle | Bonanza Productions, Inc. |
| Application Pending | SHAMELESS: But At Last Came A Knock | Bonanza Productions, Inc. |
| Application Pending | SHAMELESS: Nana Gallagher Had An Affair | Bonanza Productions, Inc. |
| Application Pending | SHAMELESS: Daddyz Girl | Bonanza Productions, Inc. |
| Application Pending | SHAMELESS: Father Frank, Full Of Grace | Bonanza Productions, Inc. |
| Application Pending | ONE TREE HILL: Season Nine | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: Know This, We've Noticed | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: In The Room Where You Sleep | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: Love The Way You Lie | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: Don't You Want To Share The Guilt? | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: The Killing Moon | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: Catastrophe And The Cure | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: Last Known Surroundings | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: A Rush Of Blood To The Head | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: Every Breath Is A Bomb | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: Hardcore Will Never Die, But You Will | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: Danny Boy | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: Anyone Who Had A Heart | WB Studios Enterprises Inc. |
| Application Pending | ONE TREE HILL: One | WB Studios Enterprises |

| | Tree Hill | Inc. |
|---|---|---|
| | | |