## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. HOME ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> SOLEDAD GAXIOLA; and DOES 1–10 inclusive, <br><br> Defendants. | Case No. 2:12-cv-6506-ODW(RZx) <br><br> **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Based on Plaintiff's Proof of Service, Defendant Gaxiola's answer was due September 18, 2012. (ECF No. 6.) To date, Gaxiola has failed to answer Plaintiff's Complaint. (ECF No. 1.)

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing no later than December 31, 2012, why this case should not be dismissed for failure to prosecute. The Court will discharge this order to show cause upon receipt of Plaintiff's request for entry of default or an answer by Defendant. In the event both documents are filed before the above date, the answer will take precedence. Failure to respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

December 3, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**