J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Daniel V. Behesnilian (SBN 75805)
*Daniel@dvblaw.net*
Law Offices of Daniel V. Behesnilian
8484 Wilshire Blvd. Suite 700
Beverly Hills California 90211
Telephone:  (310) 854-6972
Facsimile:   (310) 854-0128

Attorney for Defendant
Vladyslava Telelyayeva a/k/a
Vlada Telelyayeva a/k/a Anastasiya Sergeyeva

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br> v. <br><br> Alla Vasina, an individual and d/b/a Soledad Gaxiola and Amazon.com Sellers SGG Market, Sunny Bay and Weill Enterprise; Thomas Vaanlewen, an individual and d/b/a Amazon.com Seller Sunny Bay; John Weill, an individual and d/b/a Amazon.com Seller Weill Enterprise; Kateryna Podstepna a/k/a Katerina Podstepna, an individual and d/b/a Amazon.com Seller Weill Enterprise; Vladyslava Telelyayeva a/k/a Vlada Telelyayeva a/k/a Anastasiya Sergeyeva, an individual and d/b/a Amazon.com Sellers SGG Market and Sunny Bay and Does 6-10, inclusive, <br><br> Defendants. | Case No. CV12-6506 FMO (RZx) <br><br> CONSENT DECREE AND PERMANENT  INJUNCTION |

Warner Bros. v. Vasina, et al.: [Proposed] Consent Decree    - 1 -

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Vladyslava Telelyayeva a/k/a Vlada Telelyayeva a/k/a Anastasiya Sergeyeva ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: November 15, 2013

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home Entertainment Inc.

Law Offices of Daniel V. Behesnilian

By: _____
    Daniel V. Behesnilian
Attorney for Defendant Vladyslava Telelyayeva a/k/a Vlada Telelyayeva a/k/a Anastasiya Sergeyeva

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Reg. No. | Titles | Copyright Claimant |
|---|---|---|
| PA 1-372-258; PA 1-394-930 | 300 | Warner Bros. Entertainment Inc. ("WBEI"); Virtual Studios, LLC ("VSL") |
| PA 775-030 | Ace Ventura When Nature Calls | Turner Entertainment Co. |
| PA 981-481 | The Astronaut's Wife | New Line Productions, Inc. ("NLPI") |
| PA 956-287 | Austin Powers: The Spy Who Shagged Me | TNT Originals, Inc. ("TNT") |
| PA 702-334 | The Bridges of Madison County | WBEI |
| PA 1-598-230 | CURB YOUR ENTHUSIASM: Meet The Blacks | Home Box Office, Inc. ("HBO") |
| PA 1-599-784 | CURB YOUR ENTHUSIASM: The Anonymous Donor | HBO |
| PA 1-593-628 | CURB YOUR ENTHUSIASM: The Ida Funkhouser Roadside Memorial | HBO |
| PA 1-599-779 | CURB YOUR ENTHUSIASM: The Lefty Call | HBO |
| PA 1-599-781 | CURB YOUR ENTHUSIASM: The Freak Book | HBO |
| PA 1-599-783 | CURB YOUR ENTHUSIASM: The Rat Dog | HBO |
| PA 1-599-780 | CURB YOUR ENTHUSIASM: The Tivo Guy | HBO |
| PA 1-602-801 | CURB YOUR ENTHUSIASM: The N Word | HBO |
| PA 1-596-544 | CURB YOUR ENTHUSIASM: The Therapists | HBO |
| PA 1-596-545 | CURB YOUR ENTHUSIASM: The Bat Mitzvah | HBO |
| PA 1-596-069 | Fool's Gold | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-267-436 | Kiss Kiss Bang Bang | WBEI |
| PA 1-107-745 | THE LORD OF THE RINGS: The Fellowship of the Ring | NLPI |

| | | |
|---|---|---|
| PA 1-380-560 | The Number 23 (Unrated Infinifilm Edition) | NLPI & KUMAR Mobilien, GmbH & Company Projekt NR. 1 KG |
| PA 997-654 | THE PERFECT STORM | WBEI |
| PA 1-628-221 | TERMINATOR SALVATION | T Asset Acquisition Company, LLC. |
| PA 1-653-459 | TRUE BLOOD: Strange Love | HBO |
| PA 1-653-432 | TRUE BLOOD: The First Taste | HBO |
| PA 1-653-964 | TRUE BLOOD: Mine | HBO |
| PA 1-653-970 | TRUE BLOOD: Escape from Dragon House | HBO |
| PA 1-653-971 | TRUE BLOOD: Sparks Fly Out | HBO |
| PA 1-653-570 | TRUE BLOOD: Cold Ground | HBO |
| PA 1-653-568 | TRUE BLOOD: Burning House of Love | HBO |
| PA 1-662-013 | TRUE BLOOD: The Fourth Man in the Fire | HBO |
| PA 1-661-869 | TRUE BLOOD: Plaisir D'Amour | HBO |
| PA 1-658-084 | TRUE BLOOD: I Don't Wanna Know | HBO |
| PA 1-663-958 | TRUE BLOOD: To Love is to Bury | HBO |
| PA 1-656-238 | TRUE BLOOD: You'll Be the Death of Me | HBO |
| PA 789-865 | Twister | WBEI; Universal City Studios, Inc. |
| PA 1-395-033;PA 1-320-293 | V FOR VENDETTA | WBEI; VSL |